UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| Skyler Jackson, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:22-cv-00055-HFS |
| v. | ) | |
| | ) | |
| Protexting, LLC, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff has filed a Motion to Dismiss without prejudice as to all Defendants. (Doc. 11). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this action are dismissed without prejudice as to all defendants. SO ORDERED.

/s/ Howard F. Sachs
Howard F. Sachs
United States District Judge

September 20, 2022
Kansas City, Missouri